**Electronically Filed
Supreme Court
SCPW-25-0000359
13-MAY-2025
11:04 AM
Dkt. 23 ODDP**

SCPW-25-0000359

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAMERON NICE and MARTHA NICE,
Petitioners,

vs.

THE HONORABLE RANDAL G.B. VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge,

and

THE HONORABLE ANNE E. LOPEZ,
Attorney General, Department of the Attorney General,
State of Hawai'i, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 5CCV-24-0000097)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Remigio, in place of Devens, J., recused)

Upon consideration of the petition for a writ of mandamus, filed on April 17, 2025 (Petition), the documents attached and submitted in support, and the record, Petitioners Cameron Nice and Martha Nice have failed to establish a "clear and indisputable right to the relief requested and a lack of other

means to redress adequately the alleged wrong or to obtain the requested action."  See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999).

Petitioners have repeatedly sought extraordinary relief from this court concerning the same underlying case (5CCV-22-0000027).  This court has denied those petitions.  See SCPW-23-0000056 docket 16; SCPW-23-0000441 docket 14; SCPW-23-0000711 docket 37; SCPW-24-0000183 docket 85; SCPW-24-0000330 docket 40; SCPW-24-0000655 docket 57.

The petition filed in this proceeding is more of the same. This time, Petitioners add allegations regarding Judge Valenciano's January 22, 2025 order declaring Petitioners vexatious litigants pursuant to Hawai'i Revised Statutes § 634J-7 (2016).

None of the arguments made by Petitioner support the issuance of the requested writ.  The burden was on Petitioners to establish the extraordinary circumstances to warrant mandamus.  We find that Petitioners failed to carry this burden.

It is ordered that the Petition is denied.

DATED:  Honolulu, Hawai'i, May 13, 2025

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Catherine H. Remigio



2